TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00344-CR






Patrick Anthony Russo, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 9034220, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



The motion to withdraw filed by appellant's appointed counsel on appeal, Mr. Gary
Taylor, is granted. (1) The appeal is abated for the district court to immediately appoint substitute
counsel. A copy of the order appointing substitute counsel shall be forwarded to this Court no later
than August 5, 2005.


 __________________________________________

 Bob Pemberton, JusticeBefore Justices B. A. Smith, Puryear and Pemberton

Filed: July 29, 2005

Do Not Publish
1. Counsel has been employed as a federal public defender in Nevada effective August 1, 2005. 
Counsel previously filed a brief on appellant's behalf.